# United States Bankruptcy Court, Northern District of Illinois, Eastern Division
## Attorney Appearance Form

Case Title:   Charles S Bremner    Case Number:   19-21926
Leslie Lule

An appearance is hereby filed by the undersigned as attorney for:
Nationstar Mortgage LLC d/b/a Mr. Cooper

Attorney name (type or print):   Peter Bastianen

Firm:   Codilis & Associates, P.C.

Street Address:   15W030 North Frontage Road, Suite 100

City/State/Zip:   Burr Ridge, IL 60527

Bar ID Number:   6276490        Telephone Number:   (630) 794-5300
(See item 3 in instructions)

Email Address:   ND-One@il.cslegal.com

Are you acting as lead counsel in this case?    ■ Yes    ☐ No

Are you acting as local counsel in this case?    ☐ Yes    ■ No

Are you a member of the court's trial bar?    ☐ Yes    ■ No

If this case reaches trial, will you act as the trial attorney?    ☐ Yes    ■ No

If this is a criminal case, check your status.    ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct.  Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    August 9, 2019

Attorney signature:   /s/ Peter Bastianen
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015

**19-21926**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File #14-19-07481**

NOTE: This law firm is a debt collector.