UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: CHARLES S BREMNER<br>LESLIE LULE | ) Case No. 19 B 21926<br>)<br>) Chapter 13<br>)<br>) Judge: DONALD R CASSLING |
| Debtors | |

## NOTICE OF MOTION

| | |
|---|---|
| CHARLES S BREMNER<br>LESLIE LULE<br>5222 CLEVELAND ST<br>SKOKIE, IL 60077 | CUTLER & ASSOC<br>via Clerk's ECF noticing procedures |

Please take notice that on September 26, 2019 at 10:00 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on September 18, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On August 05, 2019 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtors has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend J - $2299 vs plan for mortgage amount $2399 and amend plan - #3.3 car max $17345 filed $17657.04 adequate protection payments.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900