**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** : | |
| : | |
| **Charles S Bremner** : | **Case No.: 19-21926** |
| **Leslie Lule** : | **Chapter 13** |
| : | **Judge Donald R. Cassling** |
| **Debtor.** : | * * * * * * * * * * * * * * * * * * * * |
| : | |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                               Respectfully submitted,

                                                              /s/ Umair Malik

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

19-033991_PS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603

David H Cutler, Attorney for Charles S Bremner and Leslie Lule, 4131 Main St., Skokie, IL 60076, cutlerfilings@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 20, 2019:

Charles S Bremner and Leslie Lule, 5222 Cleveland St, Skokie, IL 60077

/s/ Umair Malik

19-033991_PS